UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DALE HAWN,

            Petitioner,            Case No. 09-cr-20536-04

v.            Honorable Thomas L. Ludington

UNITED STATES OF AMERICA,

            Respondent.

_____/

**ORDER DISMISSING PETITIONER'S MOTION TO VACATE SENTENCE PURSUANT TO PETITIONER'S REQUEST, AND CLOSING CIVIL ACTION**

On June 3, 2016, Petitioner Dale Hawn filed a motion to vacate his sentence under 28 U.S.C. § 2255. *See* ECF No. 791. He argues that pursuant to the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015) (striking down the residual clause of the Armed Career Criminal Act as unconstitutionally vague), his sentence under the residual clause of the career offender provision of the United States Sentencing Guidelines must be vacated. His petition was referred to Magistrate Judge Patricia T. Morris. *See* ECF No. 804. On August 24, 2016 the magistrate judge granted the Government's motion to stay Petitioner's case pending the outcome of *Beckles v. United States,* 136 S.Ct. 2510 (2016). *See* ECF No. 807.

On March 6, 2017 the Supreme Court reached a decision in *Beckles*, holding that the sentencing guidelines are not subject to void for vagueness challenges under the Fifth Amendment Due Process clause. *See Beckles v. United States*, No. 15-8544, 2017 WL 855781, at *3 (U.S. Mar. 6, 2017). Following the issuance of that opinion, Petitioner Hawn has given

notice that he wishes to voluntarily dismiss his § 2255 petition. *See* ECF No. 57.  The petition will therefore be dismissed.[1]

It is **ORDERED** that Petitioner Hawn's motion to vacate sentence under 28 U.S.C. § 2255, ECF No. 791, is **DISMISSED**.

It is further **ORDERED** that the corresponding civil action, *Hawn v. United States*, 16-cv-12017 (E.D. Mich. June 3, 2016), is **CLOSED**.

Dated: April 5, 2017                                       s/Thomas L. Ludington
                                                                        THOMAS L. LUDINGTON
                                                                        United States District Judge

<div style="border:1px solid black; padding:10px;">

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 5, 2017.

s/Kelly Winslow for
MICHAEL A. SIAN, Case Manager

</div>

---

[1] The effect the filing and voluntary dismissal of the petition have on Robinson's rights and obligations under 28 U.S.C. § 2255(h) will be determined if and when he attempts to file a subsequent petition.